# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-cr-383 |
| | : | |
| DONTE MATTHEWS, | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 17th day of December, 2025, upon consideration of Defendant's *Pro Se* Motion to Vacate, Set Aside, or Correct a Sentence (ECF No. 94), and the responses thereto (ECF Nos. 97, 98), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is DENIED.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**